**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OR ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **BILLY DODSON** | * | |
| **ADC #128653,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **Case No. 4:04CV01247 GH/JFF** |
| | * | |
| **MAC COOK,** *et al.*, | * | |
| | * | |
| **Defendants** | * | |

**<u>ORDER</u>**

On March 14, 2005, Plaintiff filed a change of address to a private residence stating that he had been released from the Arkansas Department of Correction on March 4, 2005 (docket entry #6).  When a plaintiff proceeding *in forma pauperis* is released from confinement, it is the Court's policy is to require the plaintiff to submit updated financial information so that the Court can determine whether the plaintiff should be required to pay all, or a portion of, the fees and costs of the lawsuit.  On March 24, 2005, the Court directed Plaintiff to submit an Application requesting leave to proceed *in forma pauperis* within thirty (30) days of entry of the Order (docket entry #7), and notified him that his failure to respond would result in dismissal of this action pursuant to Local Rule 5.5(c)(2).  As of this date, Plaintiff has not responded to the Court's March Order, and there has been no further activity on the docket.

1

IT IS THEREFORE ORDERED that, pursuant to Local Rule 5.5(c)(2), Plaintiff's

Complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of August, 2005.


_____
UNITED STATES DISTRICT JUDGE