IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OR ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **BILLY DODSON** <br> **ADC #128653,** <br> <br> Plaintiff <br> <br> v. <br> <br> **MAC COOK**, *et al.*, <br> <br> **Defendants** | * <br> * <br> * <br> * <br> * <br> *   Case No. 4:04CV01247 GH/JFF <br> * <br> * <br> * <br> * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 3rd day of August, 2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE